IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LESTER HACKLEY,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5767

Opinion filed August 12, 2014.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Michael Ufferman, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The amended petition seeking belated appeal is denied on the merits.

VAN NORTWICK, RAY, and SWANSON, JJ., CONCUR.